

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-14-00284-CV

_____

## IN THE INTEREST OF A.J.M. AND A.R.M., CHILDREN

_____

**From the 378th District Court
Ellis County, Texas
Trial Court No. 80226D**

## ORDER

Appellee's First Amended Motion to Extend Time to File Appellee's Brief was filed on November 24, 2015. Because the Court granted Appellee's Motion to Extend Time to File Appellee's Brief on December 3, 2015, Appellee's First Amended Motion to Extend Time to File Appellee's Brief is dismissed as moot. Appellee's brief remains due on January 22, 2016.

PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Motion dismissed as moot
Order issued and filed December 10, 2015

